UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
THE CONTINENTAL INSURANCE
COMPANY,

               Plaintiff,

- against -

HANJIN SHIPPING CO. LTD. and
BNSF RAILWAY COMPANY,

               Defendants.
-------------------------------------------------------X



Index No.

Rule 7.1 Statement

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, THE CONTINENTAL INSURANCE COMPANY., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                             SEE ATTACHED.

Date: June 17, 2008

                             _____
                             Signature of Attorney

                             Attorney Bar Code: (JO#4394)

Form Rule7_1.pdf

- **Loews Corporation** - New York, NY
  - Boardwalk Pipeline Partners, LP (Subsidiary) - Owensboro, KY
    - Gulf South Pipeline Company, LP (Subsidiary) - Houston, TX
  - Bulova Corporation (Subsidiary) - Woodside, NY
    - Manufacturing Division-Watches (Division) - Woodside, NY
    - Bulova/Wittnauer International, Inc. (Subsidiary) - Woodside, NY
    - Bulova Watch Company Limited (Subsidiary) - Toronto, Canada
  - Carolina Group (Subsidiary) - Greensboro, NC
    - Lorillard Tobacco Company (Subsidiary) - Greensboro, NC
  - CNA Financial Corporation (Subsidiary) - Chicago, IL
    - CNA (Subsidiary) - Columbus, OH
    - CNA Insurance Companies (Subsidiary) - Chicago, IL
      - CNA Insurance (Branch) - Reading, PA
      - The Buckeye Union Insurance Company (Division) - Columbus, OH
      - CNA Insurance (Division) - New York, NY
      - Continental Casualty Company (Division) - Chicago, IL
      - **The Continental Insurance Company** (Division) - Chicago, IL
      - Continental Insurance Corp (Division) - Chicago, IL
      - Firemen's Insurance Company of Newark, New Jersey (Division) - Chicago, IL
      - Kansas City Fire and Marine Insurance Company (Division) - New York, NY
      - National-Ben Franklin Insurance Company of Illinois (Division) - Chicago, IL
      - Pacific Insurance Company (Division) - Chicago, IL
    - CNA National Warranty Corporation (Subsidiary) - Scottsdale, AZ
    - CNA Surety Corporation (Subsidiary) - Chicago, IL
      - CNA Surety Company (Subsidiary) - Sioux Falls, SD
        - Troy Fain Insurance Inc. (Subsidiary) - Tallahassee, FL
    - Columbia Casualty Company (Subsidiary) - Chicago, IL
    - Continental Assurance Company (Subsidiary) - Chicago, IL
      - Valley Forge Life Insurance Company (Subsidiary) - Chicago, IL
  - Diamond Offshore Drilling, Inc. (Subsidiary) - Houston, TX
  - Loews Hotels Holding Corporation (Subsidiary) - New York, NY
    - Don CeSar Resort Hotel Ltd. (Subsidiary) - Saint Petersburg, FL
    - Loews Denver Hotel (Subsidiary) - Denver, CO
    - Loews L'Enfant Plaza Hotel (Subsidiary) - Washington, DC
    - Loews Vanderbilt Plaza Hotel (Subsidiary) - Nashville, TN
    - The Regency Hotel (Subsidiary) - New York, NY
    - LJC Development Corp. (Subsidiary) - Montreal, Canada
    - Loews Le Concorde (Subsidiary) - Quebec, Canada
  - Texas Gas Transmission, LLC (Subsidiary) - Owensboro, KY
    - Texas Gas Transmission, LLC (Subsidiary) - Madisonville, KY
    - Texas Gas Transmission, LLC (Subsidiary) - Greenville, KY

- Texas Gas Transmission, LLC (Subsidiary) - Bowling Green, KY
- Texas Gas Transmission, LLC (Subsidiary) - Morgan City, LA
- Texas Gas Transmission, LLC (Subsidiary) - Louisville, KY
- Texas Gas Transmission, LLC (Subsidiary) - Dubach, LA
- Texas Gas Transmission, LLC (Subsidiary) - Bastrop, LA
- Texas Gas Transmission, LLC (Subsidiary) - Louisville, KY
- Texas Gas Transmission, LLC (Subsidiary) - Aurora, IN
- Texas Gas Transmission, LLC (Subsidiary) - Corydon, KY
- Texas Gas Transmission, LLC (Subsidiary) - Hardinsburg, KY
- Texas Gas Transmission, LLC (Subsidiary) - Haughton, LA
- Texas Gas Transmission, LLC (Subsidiary) - Lake Cormorant, MS
- Texas Gas Transmission, LLC (Subsidiary) - Hazleton, IN
- Texas Gas Transmission, LLC (Subsidiary) - Covington, TN
- Texas Gas Transmission, LLC (Subsidiary) - Bedford, IN
- Texas Gas Transmission, LLC (Subsidiary) - Lebanon, OH
- Texas Gas Transmission, LLC (Subsidiary) - Eunice, LA
- Texas Gas Transmission, LLC (Subsidiary) - Clarksdale, MS
- Texas Gas Transmission, LLC (Subsidiary) - Greenville, MS
- Texas Gas Transmission, LLC (Subsidiary) - Shelburn, IN
- Texas Gas Transmission, LLC (Subsidiary) - Youngsville, LA
- Texas Gas Transmission, LLC (Subsidiary) - Oaktown, IN
- Texas Gas Transmission, LLC (Subsidiary) - Iowa, LA
- Texas Gas Transmission, LLC (Subsidiary) - Sterlington, LA