```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```

JOHN ERIC OLSON (JO# 4394)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212)-669-0600
Fax: (212)-669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
THE CONTINENTAL INSURANCE
COMPANY,

        Index No. 08 Civ. 5479
        Judge Baer

    Plaintiff,

- against -

**NOTICE OF DISMISSAL**

HANJIN SHIPPING CO. LTD. and
BNSF RAILWAY COMPANY,

    Defendants.
--------------------------------------------------------X

The defendants not having answered, appeared or filed a motion for Summary Judgment, the within action is dismissed with prejudice and without costs.

Dated: New York, NY
       July 29, 2008

                      HILL RIVKINS & HAYDEN LLP
                      Attorneys for Plaintiff

                      By: _____
                          John Eric Olson (JO#4394)

                      45 Broadway, Suite 1500
                      New York, New York 10006
                      Tel: (212)-669-0600
                      Fax: (212)-669-0699

TO:   Hanjin Shipping Co. Ltd.
        80 E. Route 4, Suite 490
        Paramus, NJ 07652

*The Clerk is instructed to close this matter and remove it from my docket.*

*[signed] U.S.D.J.*

1

BSNF Railway Company
520 SE Quincy
Topeka, KS 66612


29718\015Notice-Dismissal