AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

THE CONTINENTAL INSURANCE COMPANY,
Plaintiff,

V.

HANJIN SHIPPING CO. LTD. and BNSF
RAILWAY COMPANY, (Defendants).

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CIV 5479**

TO: (Name and address of Defendant)

Hanjin Shipping Co. Ltd.
80 E. Route 4, Suite 490
Paramus, NJ 07652

BNSF Railway Company
520 SE Quincy
Topeka, KS 66612

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, NY 10006

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

JUN 17 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                    *Signature of Server*

                                _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Form 27 - GENERAL PURPOSE

**HILL RIVKINS & HAYDEN LLP**
**ATTN: BOB BLUM**

US DISTRICT COURT      SOUTHERN/NY COUNTY
------------------------------------------------

THE CONTINENTAL INSURANCE COMPANY       plaintiff

                 - against -

HANJIN SHIPPING CO. LTD. ETANO          defendant

Index No. **08-CIV-5479**

Date Filed  ............

Office No. **29718-JEO**

Court Date:   /   /

------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**DANIEL KNIGHT**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **25th day of July, 2008** at **01:31 PM.**,  at
   **80 E. ROUTE 4, SUITE 490**
   **PARAMUS, NJ 07652**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **RULE 7.1 STATEMENT**

upon **HANJIN SHIPPING CO. LTD.**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **DAVID RAHEI, MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
      SEX: **MALE**        COLOR: **ASIAN**       HAIR: **BLACK**
      APP. AGE: **30**     APP. HT: **5:7**       APP. WT: **160**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
29th day of July, 2008ni

JOEL GOLUB
Notary Public, State of New York
   No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

DANIEL KNIGHT
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7HRLOM139920